IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| NANCY SCHMITZ, | ) | |
| | ) | |
| Plainitff, | ) | |
| | ) | C08-4087 MWB |
| vs. | ) | |
| | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| UPPER DES MOINES | ) | |
| OPPORTUNITY INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED,**

Judgment is entered on behalf of the defendant, plaintiff take nothing and this action is dismissed.

<u>Robert L Phelps</u>
Clerk of Court

<u>s/src</u>
Dated: <u>September 21, 2009</u>   Deputy Clerk